Submitted April 14—decided April 19, 1972

STATE OF CONNECTICUT *v.* ANTHONY SAIA

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is granted.

621

*Walter D. Flanagan,* assistant state's attorney, for the appellee (state).

*Herbert J. Bundock,* assistant public defender, for the appellant (defendant).

Argued May 2—decided May 2, 1972